# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:17-mj-01202-NJK |
| CORNELL LEROY STEPHEN | ) | |
| | ) | Charging District:  Central District of Californa |
| *Defendant* | ) | Charging District's Case No.  8:16-cr-00037-CJC |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | CENTRAL DISTRICT OF CALIFORNIA<br>411 West 4th Street<br>Santa Ana, CA 92701 | Courtroom No.:  AS ORDERED |
|---|---|---|
| | | Date and Time:  01/29/2018 at 10:00 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   December 20, 2017

*Judge's signature*

NANCY J. KOPPE, U.S. Magistrate Judge
*Printed name and title*



_X_ FILED  ____ RECEIVED
____ ENTERED  ____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 20, 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY